# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Harley Kent Desselle, | Civil No. 15cv531 MJD/JJK |
| Petitioner, | |
| v. | **ORDER** |
| Federal Bureau of Prisons, | |
| Respondent. | |

Harley Desselle, #24033-045, Federal Prison Camp – Duluth, P.O. Box 1000, Duluth, MN 55814, *pro se*.

David W. Fuller, Assistant United States Attorney, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 30, 2015.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

1. The Petition (Doc. No. 1) is **DENIED**;

2. Petitioner's Petition for Leave to File and Proceed In Forma Pauperis (Doc. No. 2) is **DENIED AS MOOT**;

3. Petitioner's Motion for Summary Judgment (Doc. No. 9) is **DENIED**; and

    4.       This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated:  June 3, 2015

                                                     s/Michael J. Davis  
                                                   MICHAEL J. DAVIS  
                                                   Chief Judge  
                                                   United States District Court